IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00079-LTB-7

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.     SERGEI TOZLIYAN, a/k/a Sergey Tozlyan,

        Defendant.

_____

## ORDER
_____

Upon Government's Motion to Dismiss Second Superseding Indictment Against Defendant Sergei Tozliyan (Doc 290 - filed December 19, 2013), it is

ORDERED that Government's Motion is GRANTED and the Second Superseding Indictment Against Defendant Sergei Tozliyan is DISMISSED WITHOUT PREJUDICE.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: December 23, 2013